IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


TIMOTHY MUNNERLYN,

       Appellant,

v.                                                                  Case No. 5D22-3032
                                                                    LT Case No. 2019-CF-000533-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed August 1, 2023

3.853 Appeal from Circuit Court
for Citrus County,
Joel D. Fritton, Judge.

Timothy Munnerlyn, Blountstown, pro se.

No Appearance for Appellee


PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., MAKAR and SOUD, JJ., concur.